Henry W. Hardon, as Assignee of Thomas W. Robertson for the Benefit of Creditors, and Julius Harburger, as Sheriff of the County of New York, Appellants, v. William P. Dixon and George B. Hopkins, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John S. Mabon, as Receiver of the Ongley Electric Company, Appellant, v. George B. Hopkins and William P. Dixon, Respondents.— Order affirmed, with ten dollars costs and disbursements.    No opinion.

In the Matter of the Petition of the Catskill Traction Company, Appellant, for the Removal from the City Court of the City of New York to the Supreme Court of an Action Pending in the Former Court between Harold \ Mitchell, Plaintiff, and the said Catskill Traction Company, Defendant.    Harold C. Mitchell, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.

Miriam Herzog, Appellant, v. Louis Herzog, Respondent.— Order affirmed.    No opinion.

Constance M. Marcia, Respondent, v. Solomon W. Johnson, as President of the American News Company, an Unincorporated Joint Stock Association, and Doing Business under the Trade Name of the International News Company, Appellant.— Order affirmed, with ten dollars costs and disbursements.    No opinion.

The People of the State of New York ex rel. William F. Hawk, Appellant, v. William H. Edwards, as Commissioner of the Department of Street Cleaning of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements.    No opinion.

Joseph Beck & Sons, Appellant, v. Sigmund Tynberg, Respondent.    (2 cases.)— Orders affirmed, without costs.    No opinion.

Anita Howell, Respondent, v. Alphonse Christlieb and Daniel Lamm, Impleaded with Otto C. Heinze and Others, Appellants.    (No. 2.)— Order affirmed, with ten dollars costs and disbursements.    No opinion.

Anna Whitson, Respondent, v. John G. Whitson, Impleaded with Whitson Autopress Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.    No opinion.

Emil Schweinburg, Respondent, v. Benjamin Altman, Appellant.    (No. 2.) — Order affirmed, with ten dollars costs and disbursements.    No opinion.

Paul Bernhard, Respondent, v. Martha Bernhard and Michael Riegel, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles B. Warner and Joseph Warner, Copartners in Business under the Firm Name of C. B. & J. Warner, Respondents, v. John A. Nelson, Appellant.    (No. 1.) — Order affirmed, with ten dollars costs and disbursements.    No opinion.

Joseph McGuire v. Henry P. Kirkham.— Motion granted, with ten dollars costs.

Theresa Foy v. Catharina Di Mattia Salzano. — Motion granted unless appellant complies with terms stated in order.